UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EDWARD N. BROWNING, : Case No. 1:13-cv-662
:
Plaintiff, : Judge Timothy S. Black
:
vs. :
:
OCWEN LOAN SERVICING LLC, *et al.*, :
:
Defendants. :

### ORDER STAYING THIS CIVIL ACTION

On May 14, 2012, Residential Capital, LLC and certain of its direct and indirect subsidiaries, including Defendant GMAC Mortgage, LLC ("GMAC"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. (Doc. 2 at 1). Plaintiff alleges that Defendant OCWEN Loan Servicing LLC is the successor in interest to Defendant GMAC. (Doc. 3 at 1). Accordingly, the above-captioned action is hereby **STAYED** pursuant to Section 362(a) of the Bankruptcy Code.

Defendant GMAC shall notify the Court when the stay can be lifted.

**IT IS SO ORDERED.**

Date: 4/7/14

Timothy S. Black
United States District Judge